UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
FILED
March 5, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

## JUDGMENT IN A CIVIL CASE

Martin Del Agua, et. Al.

       v.       CASE NUMBER: CIV S-2:15-cv-0185 WBS EFB

Scott R. Jones, et. Al

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE Plaintiffs' Acceptance of Defendants' Offer pursuant to Federal Rules of Civil Procedure 68, filed March 4, 2015.**

Marianne Matherly,
Clerk of the Court

ENTERED:   March 5, 2015

/s/ L. Mena-Sanchez
by:_____
L. Mena-Sanchez, Deputy Clerk